UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARZAD ALLAF-MOTEDAYEN,<br><br>    Plaintiff,<br><br>    v.<br><br>SONOMA COUNTY CHILD PROTECTIVE SERVICES, et al.,<br><br>    Defendants. | Case No. 25-cv-03050-SK<br><br>**REFERRAL FOR REASSIGNMENT AND REPORT AND RECOMMENDATION TO DISMISS** |

Defendants in the above-captioned matter have not yet consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636. Therefore, the Court does not have authority to make a dispositive ruling in this case and ORDERS that this case be REASSIGNED to a District Judge with the following Report and Recommendation.

On April 3, 2025, Plaintiff Farzad Allaf-Motedayen ("Plaintiff"), proceeding *pro se*, filed this action along with an application to proceed *in forma pauperis*. (Dkt. Nos. 1, 2.) The Court granted the application to proceed *in forma pauperis* but screened the complaint pursuant to 28 U.S.C. § 1915(e)(2). (Dkt. No. 4.) In its order, the Court explained why the complaint was deficient and set a deadline of April 28, 2025 to file an Amended Complaint. (*Id.*) The Court informed Plaintiff: "If Plaintiff fails to file an amended complaint by this date, the Court will reassign this matter to a district court judge with a recommendation that the action be dismissed." (*Id.*) To date, Plaintiff has not filed anything more on the docket.

///
///
///
///
///

For the reasons stated above, the Court RECOMMENDS the district judge dismiss this action without prejudice.  If Plaintiff wishes to file an objection to these recommendations, he may do so within fourteen days of being served with a copy of this Report.  *See* 28 U.S.C § 636(b).

**IT IS SO ORDERED**.

Dated: May 5, 2025



SALLIE KIM
United States Magistrate Judge